**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JENNIFER OSEI, on behalf of STEPHANIE OSEI,<br><br>Plaintiff,<br><br>v.<br><br>LITTLE MISSIONARY'S DAY NURSERY,<br><br>Defendant. | : : : : : : : : : | Civil Action No.: 3:25-cv-11991-MAS-JTQ<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6) AND FED. R. CIV. P. 8** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that on May 18, 2026 at 9:00 AM, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Little Missionary's Day Nursery ("Defendant") shall move before the United States District Court for the District of New Jersey for an Order dismissing Plaintiff Jennifer Osei's Amended Claim pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendant shall rely upon Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Amended Claim Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8 and the Certification of Amy Valentine McClelland, Esq. in

Support of Defendant's Motion to Dismiss Plaintiff's Amended Claim Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if opposition is filed.

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for Defendant Little Missionary's Day Nursery*

By: */s/ Amy Valentine McClelland*
Amy Valentine McClelland, Esq.
Kirsten McCaw Grossman, Esq.
**NUKK-FREEMAN & CERRA, P.C.**
26 Main Street, Suite 202
Chatham, New Jersey 07928
amcclelland@nfclegal.com
kgrossman@nfclegal.com
Tel: (973)-665-9100
Fax: (973)-665-9101
*Attorneys for Defendant Little Missionary's Day Nursery*

Dated: April 22, 2026